UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
-----------------------------------------------------------------X
DARWIN MALDONADO, : 06-CV-14824-AKH

                    Plaintiff,

        - against - : **APPEARANCE**

                : **ELECTRONICALLY FILED**

120 BROADWAY CONDOMINIUM
(CONDO#871), *et al.*,

                  Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
        June 26, 2008

                           By:    /s/ Judith R. Cohen
                                 _____
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorney for Defendant*
                                  MERRILL LYNCH & CO., INC.